George M. Cruickshank
ABA No. 0105019
Gordon Rees Scully Mansukhani, LLP
P.O. Box 220994
Anchorage, AK 99522
Phone: (907) 223-0199
Fax: (907) 302-5100
Email: gcruickshank@grsm.com

Shannon L. Wodnik (*Pro Hac Vice pending*)
Gordon Rees Scully Mansukhani, LLP
701 Fifth Ave., Ste. 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
Email: swodnik@grsm.com

Attorneys for Defendant Transamerica
Life Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LILA SYCKS and VERNON SYCKS,

    Plaintiffs,

v.

TRANSAMERICA LIFE INSURANCE COMPANY; and BANKERS UNITED LIFE ASSURANCE COMPANY,

    Defendants.

Case No. 3:22-cv-00010-JMK

**DEFENDANT TRANSAMERICA' LIFE INSURANCE COMPANY'S NOTICE OF STATE COURT FILINGS**

TRANSAMERICA'S NOTICE OF
STATE COURT FILINGS
Sycks v. Transamerica, et al.
Case No. 3:22-cv-00010-JMK

Page 1 of 2

Case 3:22-cv-00010-SLG   Document 9   Filed 02/02/22   Page 1 of 2

Pursuant to the Court's Order to Petitioner Subsequent to Removal (Dkt. 4), Petitioner/Defendant Transamerica Life Insurance Company, by and through its undersigned counsel, submits for inclusion in the record of this matter a true and correct copy of an additional pleading entitled "Notice to State Court That Case Has Been Removed" (attached hereto as **Exhibit A),** which was filed in the removed state court case (Alaska Superior Court No. 3AN-21-08823CI, *Lila Sycks, et al. v. Transamerica Life Insurance Company, et al.*) on January 13, 2022. Below is a complete list of each document that was filed in the state court case:

| Document | Filing Party | Filing Date |
|---|---|---|
| Complaint | Plaintiff | 12/06/2021 |
| Summons and Notice to Both Parties of Judicial Assignment | Plaintiff | 12/06/2021 |
| Demand for Jury Trial | Plaintiff | 12/06/2021 |
| Notice to State Court That Case Has Been Removed | Defendant | 12/13/2021 |

Dated: February 2, 2022

GORDON REES SCULLY MANSUKHANI, LLP
Counsel for Transamerica Life Insurance Company

By: */s/ George M. Cruickshank*
George M. Cruickshank, ABA No. 0105019

TRANSAMERICA'S NOTICE OF STATE COURT FILINGS
Sycks v. Transamerica, et al.
Case No. 3:22-cv-00010-JMK

Page 2 of 2

Case 3:22-cv-00010-SLG   Document 9   Filed 02/02/22   Page 2 of 2

Gordon Rees Scully Mansukhani, LLP
P.O. Box 220994, Anchorage, AK 99522

1260163/64305573v.1