# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| CARY D. SYCKS, as Personal Representative of the ESTATE OF LILA L. SYCKS, and AARON P. SYCKS, as Personal Representative of the ESTATE OF VERNON D. SYCKS<br>*Plaintiffs*<br>v.<br>TRANSAMERICA LIFE INSURANCE COMPANY, and BANKERS UNITED LIFE ASSURANCE COMPANY<br>*Defendants* | )<br>)<br>)<br>) Civil Action No. 3:22-cv-00010-SLG<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT all Plaintiffs' claims are dismissed with prejudice.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: December 13, 2024

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*