George M. Cruickshank
ABA No. 0105019
Gordon Rees Scully Mansukhani, LLP
P.O. Box 220994
Anchorage, AK 99522
Phone: (907) 223-0199
Email: gcruickshank@grsm.com

Shannon L. Wodnik (*Pro Hac Vice*)
Kyle J. Silk-Eglit (*Pro Hac Vice*)
Gordon Rees Scully Mansukhani, LLP
701 Fifth Ave., Ste. 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: swodnik@grsm.com; ksilkeglit@grsm.com

Franz Hardy (*Pro Hac Vice*)
Gordon Rees Scully Mansukhani, LLP
555 Seventeenth St., Ste. 3400
Denver, CO 80202
Phone: (303) 534-5160
Email: fhardy@grsm.com

*Attorneys for Defendant Transamerica Life Insurance Company*



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CARY D. SYCKS, as Personal Representative of the ESTATE OF LILA L. SYCKS and AARON P. SYCKS, as Personal Representative of the ESTATE OF VERNON D. SYCKS,

Plaintiffs,

v.

TRANSAMERICA LIFE INSURANCE COMPANY; and BANKERS UNITED LIFE ASSURANCE COMPANY,

Defendants.

Case No. 3:22-cv-00010-SLG

# DECLARATION OF SHANNON L. WODNIK IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES

Gordon Rees Scully Mansukhani, LLP
P.O. Box 220994, Anchorage, AK 99522

I, Shannon L. Wodnik, declare as follows:

1. I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2. I am duly licensed to practice law in the State of Washington and have personal knowledge of and I am competent to testify concerning the facts herein.

3. I make this declaration in support of Defendants' Motion for Attorney's Fees, filed concurrently herewith in the above-captioned case.

4. I am the attorney for Defendant Transamerica Insurance Company ("Transamerica").

5. I have reviewed the record of attorney's fees expended in this matter, attached hereto as **Exhibit A**. This record accurately reflects the fees incurred in this matter from January 12, 2022 to November 30, 2024.

6. Defendant's counsel and paralegals continue to work on this matter and to date have expended more than 1500 hours in this matter, totaling $570,957.00 in attorney's fees.

7. The total reasonable hours Partner, Shannon L. Wodnik, spent on this matter, to date, is 1008 at a rate of $415.00 per hour.

8. The total reasonable hours Of-Counsel attorney, George Cruickshank, spent on this matter, to date, is 96.80, at a rate of $315.00 per hour.

9. The total reasonable hours Partner, Franz Hardy, spent on this matter, to date, is 131.20 at a rate of $315.00 per hour.

10. The total reasonable hours Senior Counsel, Stephanie Brizel, spent on this matter, to date, is 2.7, at a rate of $315.00 per hour.

11. The total reasonable hours Paralegal, Kimberly Tyson, spent on this matter, to date, is 17.2, at a rate of $175.00 per hour.

12. The total reasonable hours Paralegal, Kylie Silk-Eglit, spent on this matter, to date, is 205.10, at a rate of $175.00 per hour.

13. The total reasonable hours Paralegal, Gail Selensky, spent on this matter, to date, is 1.0, at a rate of $175.00 per hour.

14. The total reasonable hours Paralegal, Edward Lesnick, spent on this matter, to date, is 1.3, at a rate of $175.00 per hour.

15. The total reasonable hours Paralegal, Sarah Haddix, spent on this matter, to date, is 23.20, at a rate of $175.00 per hour.

16. The total reasonable hours Paralegal, Sasannah Dolan-Williams, spent on this matter, to date, is 17.3, at a rate of $175.00 per hour.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 27th day of December 2024.

*/s/ Shannon L. Wodnik*

Shannon L. Wodnik

**Gordon Rees Scully Mansukhani, LLP**
P.O. Box 220994, Anchorage, AK 99522